CATARACT NATIONAL BANK OF NIAGARA FALLS, Respondent, v. EDGAR W. NICHOLSON and Others, Appellants.— Motion to dismiss appeal granted. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.